UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
GLOBO COMUNICACAO E              )
PARTICIPACOES, S.A.              )
                                 )
        Plaintiff,               )
                                 )      CIVIL ACTION 08-CV-4486 PAC
v.                               )
                                 )
JOHN AND JANE DOES 1-10,         )      NOTICE OF DISMISSAL
JOHN DOE CORPORATIONS 1-10,      )
OTHER JOHN DOE ENTITIES 1-10,    )
All whose true names and identities are unknown )
                                 )
        Defendants.              )
                                 )
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2008

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff GLOBO COMUNICACAO E PARTICIPACOES, S.A., voluntarily dismisses, without prejudice, the above-captioned action. No answer or motion for summary judgment has been served by any defendants.

Dated: July 1, 2008

_____
Oren Warshavsky, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6213
(212) 704-8356
oren.warshavsky@troutmansanders.com

*Attorney for Plaintiff*

SO ORDERED: JUL 0 7 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE